**Order entered April 19, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00420-CV

## IN THE BEST INTEREST AND PROTECTION OF K.B.

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1559341**

## ORDER

We **GRANT** the April 15, 2016 motion of Katherine Drew to withdraw as counsel for appellant and substitute Lawrence Mitchell in her place. We **DIRECT** the Clerk of this Court to remove Katherine Drew as appellant's counsel and add Lawrence Mitchell in her place.

/s/     ELIZABETH LANG-MIERS
         JUSTICE